CADES SCHUTTE
A Limited Liability Law Partnership

TRISHA L. NISHIMOTO       9388-0
1000 Bishop Street, Suite 1200
Honolulu, Hawai'i 96813-4216
Telephone: (808) 521-9200
Facsimile: (808) 521-9210
E-mail:    tnishimoto@cades.com

Attorney for Defendant
JEFFREY S. PORTNOY, ESQ.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JASON Y. TERUYA, PRO SE, U.S. GOVERNMENT-DEPT. OF LABOR OWCP/DLHWC: DIRECTOR-ANTONIO RIOS, and BAE SYSTEMS/CORROSION ENGINEERING,<br><br>          Plaintiffs,<br><br>vs.<br><br>DR. NEIL SHIBUYA, M.D.; and JEFFREY S. PORTNOY, ESQ.,<br><br>          Defendants. | CIVIL NO. 14-00105 DKW/RLP<br><br>**DEFENDANT JEFFREY S. PORTNOY, ESQ.'S MOTION TO DISMISS COMPLAINT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF TRISHA L. NISHIMOTO; EXHIBIT "A"; CERTIFICATE OF SERVICE** |

# DEFENDANT JEFFREY S. PORTNOY, ESQ.'S
## MOTION TO DISMISS COMPLAINT

Defendant JEFFREY S. PORTNOY, ESQ. ("*Mr. Portnoy*"), by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure ("*FRCP*") Rule 12(b)(6), hereby moves this Honorable Court for an order dismissing Plaintiff JASON Y. TERUYA'S (*Plaintiff*") March 4, 2014 Complaint (the "*Complaint*") as to Mr. Portnoy.  The Complaint fails to state a claim against Mr. Portnoy upon which relief may be granted under the pleading standards of FRCP Rule 8 and as established by the United States Supreme Court in Bell Atlantic Corp. v. Twombly, 550 U.S. 544 (2007) and Ashcroft v. Iqbal, 129 S. Ct. 1937 (2009).

The Complaint falls woefully short of the requirements of FRCP Rule 8(a)(2) because it does not contain any statement of the factual basis for Plaintiff's claims against Mr. Portnoy showing that Plaintiff is entitled to relief.  With exception of the caption, the four-page Complaint fails to mention Mr. Portnoy at all.  Accordingly, the Complaint fails to satisfy the requisites of Rule 8 and should be dismissed with prejudice.

This Motion is brought pursuant to FRCP Rules 8 and 12(b)(6), and is supported by the attached memorandum, exhibit, and the record and file in this matter.

DATED: Honolulu, Hawaii, April 9, 2014.

      CADES SCHUTTE
      A Limited Liability Law Partnership

      /s/ Trisha L. Nishimoto
      _____
      TRISHA L. NISHIMOTO
      Attorney for Defendant
      JEFFREY S. PORTNOY, ESQ.